# United States Court of Appeals
## For the First Circuit

No. 24-1464

GEORGE E. KERSEY,

Plaintiff - Appellant,

v.

CHEWY, INC.,

Defendant - Appellee.

RECEIVED FOR FILING
IN CLERK'S OFFICE
2024 AUG -6 P 2: 56
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

HD

Plaintiffs Appeal Brief
and Request for Oral Hearing

August 5, 2043

Submitted By:
George E. Kersey, Pro Se

George E. Kersey

684 Newton Street
Chestnut Hill, MA
02467
(518) 966-9690

## A. The Adverse Dist. Ct. Decision

The Dist. Ct. dismissed Plaintiff Infringement action Claim on the improper ground that Plaintiff's mark is used in a different context than the infringing mark

Plaintiff's and Defendants marks are identical so there is infringement because Defendant has not been authorized to use Plaintiff's mark

Plaintiff has a Common Law trademark "Temptations" and a Registered Trademark "Seafood Temptation".

Defendant uses the mark "Temptations" on its products including Seafood products.

The infringement is obvious and Plaintiff is entitled to a remedy.

An oral hearing is requested.

Respectfully,

George E. Kersey, Pro Se.

George E. Kersey

684 Newton Street
Chestnut Hill, MA
02467

(518) 966-9690